UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21031-CIV-HOEVELER

MARIE SIMON,

    Plaintiff,

v.

MG HOSPITALITY SERVICES, INC.,

    Defendant.

**CLOSED CIVIL CASE**

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the Defendant's Motion to Dismiss, filed April 11, 2012. Despite granting Plaintiff an extension of time to respond to the motion, Plaintiff has failed to file anything with the Court since April 30, 2012.

As noted by Defendant in its motion seeking dismissal, Plaintiff filed an identical complaint to the complaint previously filed in Case No. 10-20816, which was dismissed by this Court on August 15, 2011. The Court explained that dismissal was appropriate, as Plaintiff's Complaint in that case lacked any specific description of discriminatory statements or treatment, and did not sufficiently plead facts supporting the claims for relief. The dismissal was entered without prejudice to refile the complaint with adequate allegations. Plaintiff's counsel in that case was Anthony M. Georges-Pierre. Surprisingly, instead of following this Court's directions, Plaintiff filed a new case with the same deficient complaint which had been dismissed by this Court. Plaintiff's new case was assigned to Judge Ungaro, who transferred the matter to this Court. Notably, Plaintiff is represented by the

same law firm in the present case as represented Plaintiff in the prior case.

The Court agrees with Defendant that Plaintiff's counsel's actions appear to be in bad faith, and at a minimum represent a potential abuse of the judicial process. As such, and noting that Plaintiff's counsel did not even file a response to the pending motion to dismiss, it is

ORDERED AND ADJUDGED that the Motion to Dismiss be GRANTED, with prejudice. The Court will entertain a properly supported motion for sanctions against Plaintiff's counsel, specifically as to the attorney's fees unnecessarily incurred in defending against this re-filed action, in the event that Defendant seeks to pursue such relief.

DONE AND ORDERED in Chambers in Miami this 19th day of September, 2012.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT COURT JUDGE

copies to:   Brody Max Shulman and
             Elvis John Adan, of
                Remer & Georges-Pierre, PLLC, attorneys for Plaintiff
             Brett Jeremy Schneider, attorney for Defendant